E-FILED
Friday, 13 January, 2023  10:00:40 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ALEXANDR SANCHEZ | ) | |
| Plaintiff, | ) | |
| | ) | NO. 23-4007 |
| vs. | ) | |
| | ) | (Removed from the Circuit Court |
| ROCK ISLAND COUNTY HEALTH | ) | of Rock Island County, Illinois, |
| DEPARTMENT, | ) | General Division |
| Defendant | ) | Case No. 2022LA115) |
| | ) | |
| | ) | |

**ROCK ISLAND COUNTY HEALTH DEPARTMENT DEFENDANTS NOTICE OF**

**REMOVAL**

NOW COMES Defendant Rock Island County Health Department by and through their

attorney Jacob A. Mellinger, Rock Island County Assistant State's Attorney and pursuant to 28

U.S.C. 1441 and 1446, file this Notice of Removal of the above captioned matter from the Circuit

Court of Rock Island County, Illinois under Case number 2022LA 115 to this Honorable Court.

In support of this Notice, Defendant state the following:

**JURISDICTION**

1.      This Court has original jurisdiction under 28 U.S.C. 1331 because Plaintiff alleges

that she was discriminated in her employment under Title VII Religious Discrimination.

**STATEMENT OF FACTS**

2.      The action was filed on December 20, 2022 in the Circuit Court of Rock Island

County, Illinois. Defendant was served with the Complaint on December 27, 2022. A copy of the

complaint filed in the Circuit Court of Rock Island County, Illinois is attached hereto as Exhibit

A.

**BASIS FOR REMOVAL**

3.     This Notice for Removal is timely made under 28 U.S.C. 1446(b). Not more than 30 days have passed since service of the summons and complaint on the Defendant.

4.     Removal of a civil action is allowed under 28 U.S.C. 1441(a) by the Defendant, who are sued on a claim or right arising under the Constitution of laws of the United States for which this Court has original jurisdiction. This action is removable without regard to the citizenship or residence of the parties.

5.     The action is within the subject matter jurisdiction of this Court, and this Honorable Court is an appropriate forum in which litigate claims based on the U.S. Constitution.

6.     Pursuant to 28 U.S.C. 1446(d), Defendant have given written notice of the filing of this Notice of Removal to all adverse parties of record and have filed a copy of this Notice of Removal with the Clerk of the Circuit Court of Rock Island County, Illinois, thereby effecting removal to this Court.

WHEREFORE, Defendant ROCK ISLAND COUNTY HEALTH DEPARTMENT file this Notice of Removal of the above-captioned litigation from the Circuit Court of Rock Island County, Illinois to this Honorable Court.

Respectfully submitted,

Date: <u>January 13, 2022</u>

By:  <u>s/ Jacob A. Mellinger</u>
Jacob A. Mellinger
IL Bar #6336376
Assistant State's Attorney
State's Attorney's Office
1317 3rd Ave. 2nd Floor
Rock Island, IL 61201
Phone (309) 558-3249
Email: mellingerj@rockislandcountyil.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served by electronically filing the same through an electronic filing service provider on the 13th day of January, 2023, which will, upon acceptance of the documents by the Clerk of the U.S. District Court for the Central District of Illinois, cause them to be electronically served upon the following counsel of record:

Plaintiff's Counsel
John F. Doak
jdoak@katzlawfirm.com

                         S/ Jacob A. Mellinger
                         Jacob A. Mellinger
                         Assistant State's Attorney